# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTIAN R. CRAIGE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-2954** |
| **NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER** | **SECTION: "H"** |

## ORDER AND REASONS

On January 12, 2026, *pro se* Plaintiff Kristian Craige filed an Objection (Doc. 35) to the Court's Order dismissing some of his claims for lack of subject matter jurisdiction and granting him leave to amend his Complaint to the extent he could remedy the jurisdictional deficiencies described in the Order.[1]

Based on the substance of his filing, the Court construes Plaintiff's Objection as a Motion for Reconsideration pursuant to Federal Rule of Civil Procedure 60(b).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 35) is **SET** for submission on February 11, 2026. All responses shall be filed in accordance with local rules.

---

[1] *See* Doc. 34.

2

New Orleans, Louisiana this 14th day of January, 2026.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**